**Order entered April 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00096-CR
No. 05-13-00097-CR

**CRYSTAL LIVELY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-45876-K, F11-56676-K**

## ORDER

The Court **GRANTS** court reporter Janice Garrett's April 9, 2013 request for an extension of time to file the reporter's record. The five-volume record received on April 9, 2013 is considered properly filed.

Appellant's brief is due within thirty days of the date of this order.

/s/      LANA MYERS
JUSTICE